MARLOW v. SMALLEY.

APPEAL    Where the amount involved is less than $100.

*Appeal from Winneshiek Circuit Court.*

FRIDAY, JUNE 12.

*L. Bullis* and *C. Welling*, for appellants.

*Moore & Brown*, for appellee.

BECK, J.—Action upon a promissory note for $50, commenced before a Justice of the peace February 11th, 1872, where a judgment was rendered for plaintiff. The defendants appealed to the Circuit Court, and a judgment was rendered for plaintiff January 13th, 1874, in the sum of $79.57, being the principal and interest due on the note. Defendant appeals to this court. The amount in controversy does not exceed one hundred dollars

as shown by the pleadings. The appeal to this court was taken January 17, 1874, and a certificate of the judge trying the cause, to the effect that it involves a question of law upon which it is desirable to have the opinion of this court, was filed March 20, 1874. To entitle the party to appeal, such a certificate should have been given at the time of the trial—certainly before the appeal is taken. Without it the appeal is not authorized, and this court cannot acquire jurisdiction of the cause. Code, § 3173.

The appeal having been taken contrary to law, it must be dismissed.

APPEAL DISMISSED.